

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00597-CR

Louis A. **MURPHY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3342A
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on January 16, 2019. The State's first motion for extension of time was granted, extending the deadline for filing the brief to February 19, 2019. On February 19, 2019, the State filed a motion requesting an additional thirty days to file the brief, for a total extension of sixty days. The motion is GRANTED. **This is the final extension of time the State will be granted**. The State's brief must be filed by March 21, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court